UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHRISTOPHER BRADY, *Individually and
On Behalf of All Others Similarly Situated,*

                              Plaintiff,                        JUDGMENT
                                                      17-cv-4987 (BMC)
          -against-

TOP SHIPS INC.; EVANGELOS J. PISTIOLIS;
ALEXANDROS TSIRIKOS; KALANI
INVESTMENTS LIMITED; MURCHINSON
LTD.; MARC BISTRICER; and XANTHE
HOLDINGS LTD.,

                              Defendants.
------------------------------------------------------------ X

        A Memorandum, Decision, and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on August 5, 2019, granting Defendants' motion to dismiss; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that the case is dismissed.

Dated: Brooklyn, NY                                              Douglas C. Palmer
         August 6, 2019                                         Clerk of Court

                                                             By:    /s/*Jalitza Poveda*
                                                                         Deputy Clerk