UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER BRADY, *Individually and On Behalf of All Others Similarly Situated,*<br><br>                              Plaintiff,<br><br>           -against-<br><br>TOP SHIPS INC.; EVANGELOS J. PISTIOLIS; ALEXANDROS TSIRIKOS; KALANI INVESTMENTS LIMITED; MURCHINSON LTD.; MARC BISTRICER; and XANTHE HOLDINGS LTD.,<br><br>                              Defendants. | Case No. 17-cv-4987 (BMC)<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE THAT Lead Plaintiffs, Moshe Onel, Amardeep Sidhu and Joel Sofer (collectively, "Lead Plaintiffs"), in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Memorandum Decision and Order (Docket No. 103) entered in the Action on August 5, 2019 and its Judgment (Docket No. 104) entered in the action on August 7, 2019, that granted defendants' motions to dismiss (Docket Nos. 92, 93) the Consolidated Amended Class Action Complaint (Docket No. 68) under Rule 12(b)(6) without leave to amend.

Dated:  August 26, 2019

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Leigh Handelman Smollar*

Patrick Dahlstrom
Leigh Handelman Smollar
10 South LaSalle, Suite 3505
Chicago, Illinois 60603
Telephone: 312-377-118
Email: Pdahlstrom@pomlaw.com
Email : lsmollar@pomlaw.com


**POMERANTZ LLP**
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
mgrunfeld@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the Proposed Class*

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by other means to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System

*/s/Leigh Handelman Smollar*
Leigh Handelman Smollar